TO BE PUBLISHED

# Supreme Court of Kentucky

2017-SC-000519-KB

FINAL

DATE 12/28/17 Kim Redmon, DC

MEREDITH LYNN LAWRENCE                                          MOVANT
KBA MEMBER NO. 40365

V.                          IN SUPREME COURT

KENTUCKY BAR ASSOCIATION                              RESPONDENT

## OPINION AND ORDER

Pursuant to Supreme Court Rule (SCR) 3.480(2), Movant, Meredith Lynn Lawrence, moves this Court to impose a five-year suspension from the practice of law for his admitted violations of SCR 3.130(8.4)(b), to be applied retroactively to July 6, 2012, the date of his temporary suspension. The Kentucky Bar Association (KBA) has no objection to the proposed discipline.

Finding this agreed upon disciplinary sanction to be appropriate under the facts of this case, we grant Movant's motion. Movant's KBA member number is 40365 and his bar roster address is 107 E. High Street, P.O. Box 1330, Warsaw, Kentucky 41095.

## KBA FILE 16392

A formal complaint was filed against Movant on December 6, 2011, after he was indicted in U.S. District Court for the Eastern District of Kentucky for

tax fraud for years 2004, 2005, and 2006. Pursuant to SCR 3.166, Movant was temporarily suspended from the practice of law on July 6, 2012, after he was convicted of those charges. He was sentenced to 27 months but served 24 due to good behavior and made full restitution in the amount of $128,000.00. Although Movant still has some appellate relief pending, he has determined his success is unlikely.

As previously noted, the KBA has no objection to the proposed discipline, which was negotiated pursuant to SCR 3.480(2). In support, the KBA cites several cases in which a similar sanction was imposed on attorneys who were either convicted or pled guilty to tax fraud. *E.g., Sivasubramaniam v. Kentucky Bar Association*, 487 S.W.3d 891 (Ky. 2016); and *McEnroe v. Kentucky Bar Association*, 408 S.W.3d 750 (Ky. 2013). In both of those cases, the amount of restitution ordered was significantly in excess of the $128,000.00 that has been paid by Movant.

Accordingly, it is hereby ORDERED that:

1) Movant, Meredith Lynn Lawrence, KBA Member No. 40365, is suspended from the practice of law in the Commonwealth of Kentucky for five years to be applied retroactively to July 6, 2012, effective upon the date of entry of this order, pending further orders of this Court;

2) Movant shall timely satisfy all continuing legal education requirements;

3) Movant shall timely pay his KBA member dues; and

2

4) Pursuant to SCR 3.450, Movant is directed to pay all costs associated with these disciplinary proceedings.

All sitting. All concur.

ENTERED: December 14, 2017.

_____
CHIEF JUSTICE

3